IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN T. BOUCHARD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> DXP ENTERPRISES, INC., <br><br> Defendant. | § § § § § § § § § § § § | CIVIL NO. 5:14-cv-01089-OLG |

**DEFENDANT DXP ENTERPRISES, INC.'S**
**UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

NOW COMES Defendant DXP Enterprises, Inc. ("DXP") and files this its Unopposed Motion to Substitute Counsel, and would respectfully show the Court as follows:

1. DXP respectfully requests that this Court permit M. Carter Crow, with the law firm of Fulbright & Jaworski, LLP, to withdraw as lead counsel of record for DXP and that Mario A. Barrera, with the law firm of Fulbright & Jaworski, LLP, be substituted as lead counsel of record and Stephen J. Romero as associate counsel of record.

2. This motion is not made for purposes of delay, but to protect the interest of all parties to the suit and to ensure that justice may be done.

WHEREFORE Defendant DXP Enterprises, Inc. prays that the Court grant this motion and all other just relief.

        Respectfully submitted,

        FULBRIGHT & JAWORSKI LLP


        By:  */s/ Mario A. Barrera*
           M. Carter Crow
           State Bar No. 05156500
           carter.crow@nortonrosefulbright.com
        1301 McKinney, Suite 5100
        Houston, Texas 77010-3095
        Telephone: (713) 651-5151
        Telecopier:  (713) 651-5246

           Mario A. Barrera
           State Bar No. 01805915
           mario.barrera@nortonrosefulbright.com
        300 Convent Street, Suite 2100
        San Antonio, Texas 78205
        Telephone: (210) 224-5575
        Telecopier: (210) 270-7205


        Attorneys for Defendant
        DXP Enterprises, Inc.


## **CERTIFICATE OF CONFERENCE**

     Pursuant to Western District of Texas, Local Rule CV-7(h), counsel for Defendant conferred with opposing counsel on December 19, 2014.  Counsel for Plaintiff does not oppose this Motion.


        /s/ *Mario A. Barrera*
        Mario A. Barrera

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2014, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Lawrence Morales II
Allison Sarah Hartry
The Morales Firm, PC
115 E. Travis, Suite 1530
San Antonio, TX  78205

*/s/ Mario A. Barrera*
Mario A. Barrera

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN T. BOUCHARD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | CIVIL NO. 5:14-cv-01089-OLG |
| v. | § § | |
| DXP ENTERPRISES, INC., | § § § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

On this day came on to be heard Defendant DXP Enterprises, Inc.'s Unopposed Motion to Substitute Counsel. After reviewing the pleadings, the Court is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED that Mario A. Barrera of Fulbright & Jaworski LLP be designated as lead counsel for Defendant DXP Enterprises, Inc. It is further ordered that Stephen J. Romero of Fulbright & Jaworski LLP be designated as associate counsel for Defendant DXP Enterprises, Inc. and that M. Carter Crow is granted leave to withdraw as counsel for Defendant DXP Enterprises, Inc.

SIGNED this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE